1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  ZACHARY D. BIRD (CSBN 222656)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
7
8
9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       EUREKA DIVISION
13
14
   UNITED STATES OF AMERICA,        )    CR No.:1:06-70317
15                                  )
                                    )
16            Plaintiff,            )    ORDER
              v.                    )
17                                  )
   MICHAEL RAY HEATHERLY,           )
18                                  )
                                    )
19            Defendant.            )
   _____)
20
21 UPON motion of the United States of America, and good cause appearing, it is hereby ordered,
22 pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Warrant of Arrest and
23 Complaint in the above mentioned matter be dismissed.
24
25 SO ORDERED.
26 DATED: 6/7/06                          _____
                                          NANDOR J. VADAS
27                                        United States Magistrate Judge
28

Order for Dismissal